# THE CITY COURT OF COPENHAGEN



Joel Sprott
Sprott, Rigby, Newsom, Robbins, Lunceford &
Bell, P.C.
2211 Norfolk, Suite 1150
77068 Houston, Texas
US USA

Administrationsafdelingen
Nytorv 25
DK 1450 København K, Denmark
Phone + 45 33448000
Fax +45 33448488
SE 21 24 02 14

00027198/Sagsbeh. HEAN
J.nr. 8704.2009.68.3
Vedr.

30. juli 2009

We hereby return the document with reference to the enclosed Certificate.

Best regards
Stig Nørskov-Jensen
senior deputy judge


RECEIVED AUG 4 2009

# CERTIFICATE
ERKLÆRING
ATTESTATION
ZUSTELLUNGSZEUGNIS

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
Undertegnede myndighed har herved den ære i overensstemmelse med konventionens artikel 6 at bekræfte,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,

☒ 1. **that the document has been served**
at forkyndelsen er foretaget  29-07-2009
que la demande a été exécutée
dass der Antrag erledigt worden ist

- **the (date)**
den (dato)
le (date)
am (Datum)

- **at (place, street, number)**
på/i (sted, gade, husnummer)  **Carsten Plougmann Andersen, Mærsk Supply Service**
á (localité, rue, numéro)  **Esplanaden 50**
n (Ort, Strasse, Nummer)  **1098 København K**

☒ a) **in accordance with the provisions of sub-paragraph (a) at the first paragraph of article 5 of the Convention**
i overensstemmelse med reglerne i konventionens artikel 5, stk. 1, litra (a)
selon les formes légales (article 5, alinéa premier, lettre a)
in einer der gesetzlicher Formen (Artikel 5 Absatz 1 Buchstabe a)

☐ b) **in accordance with the following particular method:**
ved anvendelse af følgende særlige fremgangsmåde:
selon la forme particulière suivante:
in der folgenden besonderen Form:

☐ c) **by delivery to the adressee, who accepted it voluntarily.**
ved overlevering af dokumentet til adressaten, der modtog det frivilligt.
par simple remise.
durch einfache Übergabe.

**The documents referred to in the request have been delivered to:**
De i anmodningen nævnte documenter er overleveret til: **Carsten Plougmann Andersen, Mærsk Supply Service, Esplanaden 50, 1098 København K.**
Les documents mentionnés dans la demande ont été remis à:
Die in dem Antrag erwähnten Schriftstücke sind übergegeben worden an:

- **(identity and description of person)**
(vedkommendes navn og stilling)  **Jacob Federspiel**
(identité et qualité de la personne)
(Name und Stellung der Person)

- **relationship to the addressee family, business or other:**
tilknytning til adressaten familiemæssig, forretningsmæssig eller anden  **Employee**
liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
Vervandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:

☐ 2. **that the document has not been served, by reason of the following facts:**
at forkyndelse på grund af følgende omstændigheder ikke er foretaget:
que la demande n'a pas été executée, en raison des faits suivants:
dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:

☐ **In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expences detailed it the attached statement.**
I overensstemmelse med konventionens artikel 12, stk. 2, anmodes rekvirenten om at betale eller refundere de i vedlagte bilag nærmere angivne omkostninger.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais don't le détail figure au mémoire ci-joint.
Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten.

☐ **Annexes:**
Bilag:
Annexes:
Anlagen:

☒ **Documents returned:**
Tilbagesendte dokumenter:
Piéces renvoyées:
Zurückgesandte Schriftstücke:

☐ **In appropiate cases, documents establishing the service:**
I givet fald documenter, der viser, at anmodningen er efterkommet:
Le cas échéant, les documents justificatifs de l'execution:
Gegebenenfalls Erleidigungsstücke:

**Signature and/or stamp:**
Underskrift og/eller stempel:
Signature et/ou cachet
Unterschrift und/oder Stempel  Stig Nørskov-Jensen, deputy judge.  Date **30 JULI 2009**



Københavns Byret



Til stævningsmanden
**Retur senest d. 5. august 2009**

Infocenteret
Domhuset, Nytorv
1450 København K
Tlf. 33 44 80 00
Fax 33 44 84 75
SE 21 24 02 14

00026649/Sagsbeh. HEAN
J.nr. 8704.2009.68.2
Vedr.

15. juli 2009

Vedhæftede dokument bedes søgt **overleveret** til adressaten **personligt.**
**Carsten Plougmann andersen, Mærsk Supply Service, Esplanaden 50,
1098 København K.**
Påtegning skal ske på denne skrivelse.

Adressaten bedes udtrykkeligt gjort opmærksom på, at overlevering ifølge Haagerkonventionen kun kan ske, hvis dokumentet **modtages frivilligt**, og at det ikke kan oplyses, hvilken betydning det vil have for sagens videre forløb, om dokumentet modtages eller afvises, herunder om adressaten vil kunne dømmes som udebleven.

Den  29 JULI 2009  har undertegnede stævningmand ved Københavns Byret overleveret/~~forgæves søgt at overlevere~~ omhandlede dokument på den opgivne adresse

Esplanaden 50, 1098 K

til adressaten personligt (navn)  Mærsk Supply Service
ved advokat Jacob federspiegl, der er ansat

1) der efter at være gjort bekendt med, at dokumentet skal modtages frivilligt, erklærede sig villig til at modtage dokumentet   Ja

2) der efter at være gjort bekendt med, at dokumentet skal modtages frivilligt, nægtede at modtage dokumentet grundet manglende dansk oversættelse. Adressaten blev gjort bekendt med, at det ikke kan oplyses, hvilken betydning det vil have for sagens videre forløb, at dokumentet afvises

Stævningmands navn og underskrift
..................
Jan Hansen
Stævningsmand